Tracy Thompson (SBN 88173)
*tt@millerlawgroup.com*
Mani Sheik (SBN 245487)
*ms@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUCILLA COOPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-2870 JSC<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Complaint filed: June 21, 2013 |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1)   Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 5, 2013         By: _____
                                     Stephanie J. Pulcanio
                                     Senior Counsel
                                     UNITED AIRLINES, INC.

Dated: September 5, 2013         MILLER LAW GROUP
                                 A Professional Corporation


                                 By: /s/ Tracy Thompson
                                     Tracy Thompson
                                     Mani Sheik
                                     Attorneys for Defendant
                                     UNITED AIRLINES, INC.

4827-5742-4917, v. 1