1 Spencer F. Smith
    *spencer@smithpatten.com*
2 Dow W. Patten
    *dow.patten@gmail.com*
3 SMITH PATTEN
4 353 Sacramento Street, Ste 1120
San Francisco, CA 94111
5 Tel. (415) 402-0084
Fax (415) 520-0104
6

7 Attorneys for Plaintiff
DRUCILLA COOPER
8

9 Tracy Thompson (SBN 88173)
    *tt@millerlawgroup.com*
10 Mani Sheik (SBN 245487)
    *ms@millerlawgroup.com*
11 MILLER LAW GROUP
A Professional Corporation
12 111 Sutter Street, Suite 700
San Francisco, CA 94104
13 Tel. (415) 464-4300
Fax (415) 464-4336
14

15 Attorneys for Defendant
UNITED AIRLINES, INC.
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20 DRUCILLA COOPER, an individual, | Case No.: 3:13-cv-2870 JSC |
| 21         Plaintiff, | |
| 22 v. | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 23 UNITED AIR LINES, INC. and DOES 1 through 10, inclusive, | |
| 24 | Complaint filed: June 21, 2013 |
| 25         Defendants. | |
| 26 | |

27 ///

28 ///

1
**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
Case No.: 3:13-cv-2870 JSC

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)

☒ Mediation (ADR L.R. 6)

**Private Process:**

☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline: <u>120 days from the date of the order referring the case to an ADR process unless otherwise ordered.</u>

Dated: September 5, 2013                    SMITH PATTEN

By: <u>*/s/* Dow W. Patten (with permission)</u>
    Spencer F. Smith
    Dow W. Patten
    Attorneys for Plaintiff
    DRUCILLA COOPER

Dated: September 5, 2013                    MILLER LAW GROUP
                                            A Professional Corporation

By: <u>*/s/* Tracy Thompson</u>
    Tracy Thompson
    Mani Sheik
    Attorneys for Defendant
    UNITED AIRLINES, INC.

**ORDER**

☒ The parties' stipulation is adopted and IT IS SO ORDERED.

☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: September 6, 2013

*Jacqueline S. Corley*

Hon. Jacqueline Scott Corley
Magistrate Judge of the U.S. District Court

4839-3196-1877, v. 1