1  Spencer F. Smith (SBN 236587)
     *spencer@smithpatten.com*
2  Dow W. Patten (SBN 135931)
     *dow.patten@gmail.com*
3  SMITH PATTEN
4  353 Sacramento Street, Suite 1120
   San Francisco, CA  94111
5  Tel. (415) 402-0084
   Fax (415) 520-0104
6

7  Attorneys for Plaintiff
   DRUCILLA COOPER
8

   Tracy Thompson (SBN 88173)
9    *tt@millerlawgroup.com*
   Mani Sheik (SBN 245487)
10   *ms@millerlawgroup.com*
11 MILLER LAW GROUP
   A Professional Corporation
12 111 Sutter Street, Suite 700
   San Francisco, CA  94104
13 Tel. (415) 464-4300
   Fax (415) 464-4336
14

15 Attorneys for Defendant
   UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUCILLA COOPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-2870 JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:   September 26, 2013<br>Time:            1:30 P.M.<br>Dept.:           Courtroom F<br><br>Complaint filed:  June 21, 2013 |

1

**STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE  -**  Case No.: 3:13-cv-2870 JSC

The parties, through their respective undersigned counsel, stipulate and respectfully request that the Initial Case Management Conference, currently set for September 26, 2013, at 1:30 p.m., be continued to a later date convenient for the Court and parties.

This request is made on the ground that Tracy Thompson, lead counsel for Defendant United Airlines, Inc., has a long-standing previous commitment to accompany her 89-year old father to a reunion of his World War II fighter squadron in New York on that date.

The parties' counsel have met and conferred regarding this issue and Counsel for Plaintiff stipulate to the request.

Respectfully submitted,

Dated:  September 11, 2013              SMITH PATTEN

                                        By: */s/* Dow W. Patten (with permission)
                                        Spencer F. Smith
                                        Dow W. Patten
                                        Attorneys for Plaintiff
                                        DRUCILLA COOPER


Dated:  September 11, 2013              MILLER LAW GROUP
                                        A Professional Corporation

                                        By: */s/* Tracy Thompson
                                            Tracy Thompson
                                            Mani Sheik
                                            Attorneys for Defendant
                                            UNITED AIRLINES, INC.

**STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE  -**  Case No.: 3:13-cv-2870 JSC

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Initial Case Management Conference shall be continued to _____, 2013 at_____ _.m.

Dated: _____            _____
                                        Hon. Jacqueline Scott Corley
                                        Magistrate Judge of the U.S. District Court

4834-5040-2581, v. 1