Tracy Thompson (SBN 88173)
  tt@millerlawgroup.com
Mani Sheik (SBN 245487)
  ms@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUCILLA COOPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-2870 JSC<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>Complaint filed: June 21, 2013 |

TO PLAINTIFF DRUCILLA COOPER AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that from December 23, 2013 through January 5, 2014, counsel for Defendant UNITED AIR LINES, INC., Tracy Thompson and Mani Sheik, will be unavailable for any purposes, including, but not limited to, receiving and responding to notices

/ / /

/ / /

/ / /

of any kind, appearing in court, responding to *ex parte* applications, attending depositions, or otherwise communicating with the Court and counsel.  During this time, counsel will not have access to email, voicemail or any other means of electronic communication.

Dated:  November 14, 2013

MILLER LAW GROUP
A Professional Corporation


By: /s/ Tracy Thompson
    Tracy Thompson
    Attorneys for Defendant
    UNITED AIRLINES, INC.

4835-5442-2806, v. 1