Spencer F. Smith (SBN 236587)
  spencer@smithpatten.com
Dow W. Patten (SBN 135931)
  dow@smithpatten.com
SMITH PATTEN
353 Sacramento Street, Suite 1120
San Francisco, CA 94111
Tel. (415) 402-0084
Fax (415) 520-0104

Attorneys for Plaintiff
DRUCILLA COOPER

Tracy Thompson (SBN 88173)
  tt@millerlawgroup.com
Mani Sheik (SBN 245487)
  ms@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUCILLA COOPER, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC. and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 3:13-cv-2870 JSC<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>CMC Date:　　Feb. 6, 2014<br>Time:　　　　1:30 P.M.<br>Dept.:　　　　Courtroom F<br><br>Complaint filed: June 21, 2013 |

**UPDATED JOINT CASE MANAGEMENT STATEMENT**
**Case No.: 3:13-cv-2870 JSC**

Pursuant to Local Rule 16-10(d), Plaintiff Drucilla Cooper ("Plaintiff") and Defendant United Airlines, Inc. ("Defendant" and, collectively, the "Parties") submit their Updated Joint Case Management Conference Statement as follows:

**Update On Court-Ordered Mediation**

Following the last case management conference and pursuant to the Parties' stipulated selection, the Court appointed Ms. Amy Levine as Mediator, with mediation to be completed by January 6, 2014.  The Parties were unable to schedule the mediation by that date and thus stipulated to extend the deadline to complete mediation to June 30, 2014, believing that additional discovery will result in more productive mediation discussions.  The Court entered an order based on this stipulation, and thus the new deadline to complete mediation is June 30, 2014.  (Docket No. 24.)

**Case Development Since Last Case Management Conference**

Since the last case management conference, the Parties have exchanged an initial round of discovery requests (both Parties propounded and responded to interrogatories and document requests; Plaintiff also propounded requests for admissions, to which Defendant responded).  Defendant has produced documents in response to Plaintiff's document requests.  Plaintiff has yet to produce documents in response to Defendant's requests.  The Parties are meeting and conferring on Defendant's answers to Plaintiff's First Set of Interrogatories.  The Parties envision engaging in further discovery in the coming months.

Defendant has moved to amend the Court's Pretrial Order for the limited purpose of allowing Defendant to file an amended answer so it can plead the affirmative

defense of "factor other than sex" to Plaintiff's Equal Pay Act claim.  The Parties do not propose any other changes to the Court's Pretrial Order.

Dated:  January 30, 2014                    SMITH PATTEN

                                            By: /s/ Dow W. Patten
                                                Spencer F. Smith
                                                Dow W. Patten
                                                Attorneys for Plaintiff
                                                DRUCILLA COOPER

Dated:  January 30, 2014                    MILLER LAW GROUP
                                            A Professional Corporation


                                            By: /s/ Tracy Thompson
                                                Tracy Thompson
                                                Mani Sheik
                                                Attorneys for Defendant
                                                UNITED AIRLINES, INC.

4818-0614-0696, V.  1