UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUCILLA COOPER,<br><br>　　　　　Plaintiff,<br>　v.<br><br>UNITED AIR LINES, INC.,<br><br>　　　　　Defendant. | Case No. 13-cv-02870-JSC<br><br>**ORDER RE: DEFENDANT'S DISCOVERY LETTER**<br><br>Re: Dkt. No. 46 |

　　　　The Court is in receipt of Defendant's letter of September 3, 2014 regarding a discovery dispute that has arisen over Plaintiff's verifications to her interrogatory responses. (Dkt. No. 46.) The letter fails to comport with the Court's Standing Order. It does not appear that the parties have adequately met and conferred regarding the dispute—"[a] mere exchange of letters, e-mails, telephone calls or facsimile transmissions does not satisfy the meet and confer requirement." As both parties are located in the Bay Area, they should meet and confer **in person** prior to filing a discovery dispute with the Court.

　　　　Accordingly, if the parties have not otherwise resolved this dispute, they are ordered to meet and confer in person by 5:00 p.m. tomorrow, September 5, 2014, at the office of Plaintiff's counsel. If the parties are unable to resolve their discovery dispute at that time through their best efforts, Plaintiff shall provide her responsive portion of the joint letter brief to Defendant by noon, Monday, September 8, 2014. Defendant shall file the letter brief by 9:00 a.m. Tuesday, September 9, 2014.

　　　　This Order disposes of Docket No. 46.

　　　　**IT IS SO ORDERED.**

1  Dated:  September 4, 2014

2  _____
JACQUELINE SCOTT CORLEY
3  United States Magistrate Judge