UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUCILLA COOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED AIR LINES, INC.,<br><br>    Defendant. | Case No. 13-cv-02870-JSC<br><br>**ORDER RE: PLAINTIFF'S LETTER BRIEF RE: DEADLINE FOR MOTIONS TO COMPEL**<br><br>Re: Dkt. Nos. 50 & 51 |

The Court is in receipt of Plaintiff's letter brief seeking an extension of the deadline to move to compel with respect to a Rule 30(b)(6) deposition (Dkt. No. 50) and Defendant's response thereto (Dkt. No. 51). Pursuant to Civil Local Rule 7–1(b), the Court finds oral argument unnecessary and having considered the parties' arguments GRANTS Plaintiff a brief extension of time to move to compel on this one matter.

Fact discovery in this case closed on September 11, 2014. Thus, under Local Rule 37-3 the deadline to file a motion to compel was seven days later; that is, September 18, 2014. On September 18, Plaintiff filed her letter brief seeking an extension of time to move to compel regarding a deposition notice served pursuant to Federal Rule of Civil Procedure 30(b)(6). Plaintiff sought to meet and confer with Defendant regarding this extension late the afternoon before. Plaintiff contends that the extension is necessary because she does not yet have the deposition transcript for the Rule 30(b)(6) deposition at issue.

Because Defendant's response does not indicate that it will be prejudiced by a brief extension, and indeed, the dispositive motion deadline is not until February 5, 2015, the Court grants Plaintiff a brief extension of time to move to compel. The parties shall meet and confer regarding this matter by September 29, 2014. If the parties are unable to resolve the matter

through a good faith meet and confer, Plaintiff shall send Defendant her portion of the joint letter brief by 10:00 a.m. on October 1, 2014.  Defendant shall send its responsive portion of the joint letter brief back to Plaintiff by noon October 3, 2014.  Plaintiff shall combine the two filings and may add a brief response to Defendant's portion of the brief and file the joint letter brief by October 6, 2014.

**IT IS SO ORDERED**.

Dated:  September 22, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge