Spencer F. Smith
  *spencer@smithpatten.com*
Dow W. Patten
  *dow@smithpatten.com*
Smith Patten
353 Sacramento Street, Ste 1120
San Francisco, CA 94111
Tel. (415) 402-0084
Fax (415) 520-0104

Attorneys for Plaintiff
DRUCILLA COOPER

Tracy Thompson (SBN 88173)
  *tt@millerlawgroup.com*
M. Michael Cole (SBN 235538)
  *mmc@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUCILLA COOPER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC. and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:13-cv-2870 JSC<br><br>**STIPULATED REQUEST FOR REASSIGNMENT OF MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE; [P~~ROPOSED~~] ORDER THEREON**<br><br>Complaint filed:  June 21, 2013 |

1   Plaintiff Drucilla Cooper and Defendant United Airlines, Inc., through their
2   respective undersigned counsel of record, hereby stipulate and agree as follows:

3   Whereas, the Honorable Elizabeth D. Laporte was randomly assigned as the
4   Magistrate Judge for the purpose of a settlement conference in this matter;

5   Whereas, Judge Laporte has been hearing discovery matters in the action
6   entitled *Bonillas v. United Airlines, Inc.,* Case No. 4:12-cv-06574-SBA, and is the judge for all
7   purposes in the action entitled *Barcenas v. United Airlines, Inc.,* Case No.: 3:14-cv-02504-
8   EDL; and

9   Whereas, the same defendant and the same lawyers who are involved in the
10  *Bonillas* and *Barcenas* matters are also involved in the present action.

11  In view of these circumstances, the parties hereto jointly request that the
12  settlement conference be reassigned to a Magistrate Judge other than Judge Laporte.

13

14                                          Respectfully submitted,
15  Dated: October 15, 2014                 SMITH PATTEN
16
17                                          By: */s/* Spencer F. Smith
18                                              Spencer F. Smith
                                                Attorneys for Plaintiff
19                                              DRUCILLA COOPER
20
21  Dated: October 15, 2014                 MILLER LAW GROUP
                                            A Professional Corporation
22
23                                          By: */s/* Tracy Thompson
24                                              Tracy Thompson
                                                Attorneys for Defendant
25                                              UNITED AIRLINES, INC.
26  ///
27  ///
28  ///

1
**STIPULATED REQUEST FOR REASSIGNMENT OF MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE;
[PROPOSED] ORDER THEREON - Case No.: 3:13-cv-2870 JSC**

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED THAT the settlement conference shall be reassigned to a different Magistrate Judge.

Dated: October 17, 2014

*Jacqueline S. Corley*
Honorable Jacqueline Scott Corley
Magistrate Judge of the U.S. District Court

4843-7886-5695, v. 1