```
SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN:236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
DRUCILLA COOPER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUCILLA COOPER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED AIR LINES, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: 13-cv-2870 JSC<br><br>**JOINT STIPULATION REGARDING THE DATE FOR PLAINTIFF TO FILE HER FIRST AMENDED COMPLAINT; CORRECTED [PROPOSED] ORDER** |

    Plaintiff hereby applies to the court for a Corrected Order regarding the parties Joint Stipulation Regarding Plaintiff's Unopposed Request to file her First Amended Complaint. The Order, which was granted on October 28, 2014, mistakenly stated October 14, 2014 as the deadline for Plaintiff to file her First Amended Complaint. Plaintiff hereby applies for a Corrected Order granting Plaintiff until November 21, 2014 to file her First Amended Complaint.

    Defendant does not oppose this request. The parties further stipulate that Defendant will file its responsive pleadings within fifteen (15) days of filing of Plaintiff's First Amended Complaint.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

| | | |
|---|---|---|
| Dated: November 12, 2014 | | SMITH PATTEN |
| | By: | */s/ Dow W. Patten* <br> DOW W. PATTEN <br> Attorney for Plaintiff <br> DRUCILLA COOPER |
| Dated: November 12, 2014 | | MILLER LAW GROUP |
| | By: | */s/ Tracy Thompson* <br> TRACY THOMPSON <br> Attorney for Defendant <br> UNITED AIR LINES INC. |

## CORRECTED [PROPOSED] ORDER

Having read and considered the parties Joint Stipulation Regarding The Date For Plaintiff To File Her First Amended Complaint, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

Plaintiff is granted leave to file her First Amended Complaint, no later than November 21, 2014. Defendant will have fifteen (15) days to file its responsive pleading from the date of filing.

SO ORDERED, this _____ day of November, 2014

_____
U.S. Magistrate Judge