```
SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN:236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
DRUCILLA COOPER
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUCILLA COOPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 13-cv-2870 JSC<br><br>**JOINT STIPULATION REGARDING THE DATE FOR PLAINTIFF TO FILE HER FIRST AMENDED COMPLAINT; CORRECTED [~~PROPOSED~~] ORDER** |

Plaintiff hereby applies to the court for a Corrected Order regarding the parties Joint Stipulation Regarding Plaintiff's Unopposed Request to file her First Amended Complaint. The Order, which was granted on October 28, 2014, mistakenly stated October 14, 2014 as the deadline for Plaintiff to file her First Amended Complaint. Plaintiff hereby applies for a Corrected Order granting Plaintiff until November 21, 2014 to file her First Amended Complaint.

Defendant does not oppose this request. The parties further stipulate that Defendant will file its responsive pleadings within fifteen (15) days of filing of Plaintiff's First Amended Complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: November 12, 2014                          SMITH PATTEN

                                            By:  */s/ Dow W. Patten*
                                                 DOW W. PATTEN
                                                 Attorney for Plaintiff
                                                 DRUCILLA COOPER

Dated: November 12, 2014                          MILLER LAW GROUP

                                            By:  */s/ Tracy Thompson*
                                                 TRACY THOMPSON
                                                 Attorney for Defendant
                                                 UNITED AIR LINES INC.

### CORRECTED [PROPOSED] ORDER

Having read and considered the parties Joint Stipulation Regarding The Date For Plaintiff To File Her First Amended Complaint, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

Plaintiff is granted leave to file her First Amended Complaint, no later than November 21, 2014. Defendant will have fifteen (15) days to file its responsive pleading from the date of filing.

SO ORDERED, this  13th  day of November, 2014



2
JOINT STIPULATION REGARDING THE DATE FOR PLAINTIFF TO FILE HER FAC; [PROPOSED] ORDER
CV-13-2870-JSC