UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUCILLA COOPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED AIR LINES, INC.,<br><br>　　　　Defendant. | Case No.  13-cv-02870-JSC<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 83 |

　　　On March 10, 2015, the Court granted Defendant's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendant and against plaintiff.  The Clerk of Court shall close the file in this matter.

　　　**IT IS SO ORDERED.**

Dated: March 11, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge