AO 133   (Rev. 06/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
## for the
Northern District of California

| | | |
|---|---|---|
| Drucilla Cooper, an individual, | ) | |
| | ) | |
| v. | ) | Case No.:  13-cv-02870-JSC |
| | ) | |
| United Air Lines, Inc. and Does 1 through 10 | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____3/11/2015_____ against _____Plaintiff Drucilla Cooper_____ ,
                                                                            *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................................................................. | $ _____ |
| Fees for service of summons and subpoena ........................................................................ | 1,960.96 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 6,532.31 |
| Fees and disbursements for printing ................................................................................... | _____ |
| Fees for witnesses *(itemize on page two)* ........................................................................... | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1105.28 |
| Docket fees under 28 U.S.C. 1923 ................................................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ............................................................... | _____ |
| Compensation of court-appointed experts ........................................................................ | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .......... | _____ |
| Other costs *(please itemize)* ........................................................................................... | 165.61 |
| TOTAL | $ _____9,764.16 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☒   Electronic service          ☐   First class mail, postage prepaid

☐   Other: _____

s/ Attorney:   /s/ M. Michael Cole _____

Name of Attorney:  M. Michael Cole _____

For: _____Defendant United Airlines, Inc._____   Date: _____3/24/2014_____
               *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
    *Clerk of Court*              *Deputy Clerk*              *Date*

AO 133   (Rev. 06/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

*Drucilla Cooper v. United Airlines, Inc.*

United District Court for Northern District of California Case No. 13-cv-02870 JSC

ATTACHMENT OF BILL OF COSTS

| DATE | DESCRIPTION | | AMOUNT SOUGHT | ITEMS NOT SOUGHT |
|---|---|---|---|---|
| | **Fees for Service of Summons and Subpoena** | | | |
| **Invoice Date** | | | | |
| February 28, 2014 | Service of Subpoena to Produce Records to Raminder Dosanjh MPT, 2/25/14 | $ | 293.22 | |
| February 28, 2014 | Service of Subpoena to Produce Records to Sol Physical Therapy, 2/25/14 | $ | 293.22 | |
| February 28, 2014 | Service of Subpoena to Produce Records to John W. Gallo, 2/25/14 | $ | 290.57 | |
| February 28, 2014 | Service of Subpoena to Produce Records to Turning Point Acupuncture, 2/25/14 | $ | 150.97 | |
| February 28, 2014 | Service of Subpoena to Produce Records to Kaiser Permanente, 2/25/14 | $ | 35.00 | |
| February 28, 2014 | Service of Subpoena to Produce Records to Gregory Lablanc | $ | 35.00 | |
| February 28, 2014 | Service of Subpoena to Produce Records to East Bay Physical Therapy | $ | 182.85 | |
| February 28, 2014 | Service of Subpoena to Produce Records to Kenneth Caldwell M.D., 2/25/14 | $ | 192.39 | |
| February 28, 2014 | Service of Subpoena to Produce Records to Dave Bhachu. 2/25/14 | $ | 182.85 | |
| February 28, 2014 | Service of Subpoena to Produce Records to Sutter East Bay Medical Foundation, 2/25/14 | $ | 192.39 | |
| March 30, 2014 | Service of Subpoena to Produce Records to Vatche Cabayan Medical Corp., 3/24/14 | $ | 112.50 | |
| **SUBTOTAL** | | **$** | **1,960.96** | |
| | | | | |
| | **Fees for Printed or Electronically Recorded Transcripts** | | | |
| **Invoice Date** | | | | |
| April 18, 2014 | Transcript of meet and confer proceedings, 3/27/14 | $ | 641.00 | Rough Draft |
| April 22, 2014 | Videotaped deposition of Adam Calmis, 4/9/14 | $ | 383.70 | Handling and Multi-Media Fees |
| July 31, 2014 | Deposition transcript of Drucilla Cooper, Vol. 1, 7/17/14 | $ | 1,479.86 | |
| August 1, 2014 | Videotaped deposition of Drucilla Cooper, Vol. 1, 7/17/14 | $ | 720.00 | |
| September 9, 2014 | Deposition transcript of Russ Faulter, 9/3/14 | $ | 138.80 | Handling and Multi-Media Fees |
| September 19, 2014 | Deposition transcript of Darlene Marvin-Nilsen, 9/9/14 | $ | 336.80 | Handling and Multi-Media Fees |

*Drucilla Cooper v. United Airlines, Inc.*

United District Court for Northern District of California Case No. 13-cv-02870 JSC

| | | | | |
|---|---|---|---|---|
| October 1, 2014 | Deposition transcript of Drucilla Cooper, Vol. 2, 9/11/14 | $ | 799.05 | |
| October 1, 2014 | Videotaped deposition of Drucilla Cooper, Vol. 2, 9/11/14 | $ | 382.50 | |
| October 1, 2014 | Transcript of meet and confer proceedings, 9/29/14 | $ | 520.00 | Expedite |
| October 31, 2014 | Deposition transcript of Robert Donohue, 10/24/14 | $ | 731.40 | Handling and Multi-Media Fees |
| February 1, 2015 | Deposition transcript of Anvhu Ly, 5/27/14 | $ | 399.20 | Handling and Multi-Media Fees |
| **SUBTOTAL** | | **$** | **6,532.31** | |
| | | | | |
| | **For Exemplification and Costs of Making Copies of any Materials Where the Copies are Necessarily Obtained for Use in the Case** | | | |
| **Invoice Date** | | | | |
| March 19, 2014 | Copies of subpoenaed records from Gregory LaBlanc | $ | 70.94 | |
| March 19, 2014 | Copies of subpoenaed records from Kaiser Permanent, Pinole | $ | 57.37 | |
| March 19, 2014 | Copies of subpoenaed records from East Bay Physical Therapy, Richmond | $ | 92.17 | |
| March 19, 2014 | Copies of subpoenaed records from David Bhachu | $ | 52.50 | |
| April 14, 2014 | Copies of subpoenaed records from Sol Physical Therapy, Oakland | $ | 118.98 | |
| April 27, 2014 | Copies of subpoenaed records from Raminder Dosaanjh | $ | 85.58 | |
| April 27, 2014 | Copies of subpoenaed records from John W. Gallo, D.O. | $ | 57.37 | |
| April 28, 2014 | Copies of subpoenaed records from Sutter East Bay Medical Foundation, Lafayette | $ | 52.50 | |
| May 13, 2014 | Copies of subpoenaed records from Kenneth Caldwell, M.D., Sutter East Bay Medical Foundation, Lafayette | $ | 52.50 | |
| May 28, 2014 | Copies of subpoenaed records from Turning Point Acupuncture, Berkeley | $ | 52.50 | |
| June 19, 2014 | Copies of subpoenaed records from Vatche Cabayan Medical Corp., 4/16/14 | $ | 247.90 | |
| August 13, 2014 | CD Production of Plaintiff's Calendars | $ | 164.97 | |
| **SUBTOTAL** | | **$** | **1,105.28** | |
| | | | | |
| | **Other Costs** | | | |
| **Invoice Date** | | | | |
| November 1, 2013 | Service of Chambers Copy of Pleadings, 10/4/13 | $ | 12.00 | |

*Drucilla Cooper v. United Airlines, Inc.*

United District Court for Northern District of California Case No. 13-cv-02870 JSC

| November 16, 2013 | Service of Chambers Copy of Pleadings, 11/14/13 | $ | 8.15 | |
| November 23, 2013 | Service of Chambers Copy of Pleadings, 11/19/13 | $ | 7.29 | |
| January 17, 2014 | Service of Chambers Copy of Pleadings, 1/10/14 | $ | 8.51 | |
| February 1, 2014 | Service of Chambers Copy of Pleadings, 1/30/14 | $ | 19.25 | |
| February 21, 2014 | Service of Chambers Copy of Pleadings, 2/14/14 | $ | 8.59 | |
| April 18, 2014 | Service of Chambers Copy of Pleadings, 4/9/14 | $ | 8.59 | |
| July 2, 2014 | Service of Chambers Copy of Pleadings, 6/20/14 | $ | 12.00 | |
| September 1, 2014 | Service of Chambers Copy of Pleadings, 8/1/14 | $ | 10.00 | |
| October 3, 2014 | Service of Chambers Copy of Pleadings, 9/4/14 | $ | 9.00 | |
| October 3, 2014 | Service of Chambers Copy of Pleadings, 9/22/14 | $ | 12.00 | |
| December 19, 2014 | Service of Chambers Copy of Pleadings, 12/8/14 | $ | 13.03 | |
| February 20, 2015 | Service of Chambers Copy of Pleadings, 1/23/15 | $ | 37.20 | |
| **SUBTOTAL** | | $ | **165.61** | |

# Item 1:  Fees for Service of Summons and Subpoena  - Supporting Documentation



**First Legal Network** LLC

P.O. BOX 844250 LOS ANGELES, CA 90084−4250

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 304493 | 82161 |
| Invoice Date | Total Due |
| 2/28/14 | 293.22 |

MILLER LAW GROUP
111 SUTTER STREET
SUITE 700
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82161 | 304493 | 2/28/14 | 293.22 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 2/25/14 | 7009966 | APS | MILLER LAW GROUP<br>111 SUTTER STREET<br>SAN FRANCISCO    CA 94104<br>Caller: Natalie Young<br>13-CV-2870<br>DRUCLLA V. UNITED<br>SUB<br>Signed: COLLENA SEACOLON, ATA | RAMINDER DOSANJH MPT C/O SOL<br>5297A COLLEGE<br>OAKLAND        CA 94618<br>Comment: MULTIPLE ATTEMPTS<br><br>Ref: COOPER | Base Chg :   134.50<br>Attmpt/StkO:   134.50<br>Fuel Chrg :    24.22 | 293.22 |
| PROCESS-SAME DAY | | | | | |

ENTERED AP
Date 3/30/14  By

ENTERED TS
Date 4/24/14  By

RECEIVED

MAR 20 2014

MILLER LAW GROUP

Total     293.22

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network** LLC
P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 304494 | 82161 |
| Invoice Date | Total Due |
| 2/28/14 | 293.22 |
| | |
| | |

MILLER LAW GROUP
111 SUTTER STREET
SUITE 700
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82161 | 304494 | 2/28/14 | 293.22 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/25/14 | 7009967 | APS | MILLER LAW GROUP | SOL PHYSICAL THERAPY | Base Chg : 134.50 | |
| PROCESS-SAME DAY | | | 111 SUTTER STREET | 5297A COLLEGE | Attmpt/StkO: 134.50 | |
| | | | SAN FRANCISCO   CA 94104 | OAKLAND      CA 94618 | Fuel Chrg : 24.22 | 293.22 |
| | | | Caller: Natalie Young | Comment: 2nd add | | |
| | | | 13-CV-2870 | | | |
| | | | DRUCILLA V. UNITED | | | |
| | | | SUB | | | |
| | | | Signed: COLLENA SEACOLON, ATA | Ref: COOPER | | |

ENTERED AP
Date 3/30/14 By

ENTERED TS
Date 4/24/14 By

RECEIVED

MAR 20 2014

MILLER LAW GROUP

| | Total | 293.22 |
|---|---|---|

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network** LLC

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 304495 | 82161 |
| Invoice Date | Total Due |
| 2/28/14 | 290.57 |

MILLER LAW GROUP
111 SUTTER STREET
SUITE 700
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|
| | | 82161 | 304495 | 2/28/14 | 290.57 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/25/14 | 7009968 | APS | MILLER LAW GROUP          JOHN W. GALLO D.O CO KAISER | Base Chg : | 182.75 | |
| | | | 111 SUTTER STREET        1301 PINOLE VALLEY ROAD | Attmpt/StkO: | 91.37 | |
| PROCESS-SAME DAY | | | SAN FRANCISCO    CA 94104   PINOLE      CA 94564 | Fuel Chrg : | 16.45 | 290.57 |
| | | | Caller: Natalie Young      Comment: MULTIPLE ADDRESSES | | | |
| | | | 13-CV-2870 | | | |
| | | | DRUCLLA V. UNITED | | | |
| | | | SUB | | | |
| | | | Signed: ELIZABETH BELVEDERE.AT    Ref: COOPER | | | |

ENTERED AP
Date 2/30/14 By

ENTERED TS
Date 4/24/14 By

RECEIVED

MAR 20 2014        Total       290.57

MILLER LAW GROUP

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network** LLC
P.O. BOX 844250 LOS ANGELES, CA 90084-4250

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 304496 | 82161 |
| Invoice Date | Total Due |
| 2/28/14 | 150.97 |

MILLER LAW GROUP
111 SUTTER STREET
SUITE 700
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82161 | 304496 | 2/28/14 | 150.97 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/25/14<br><br>PROCESS-SAME DAY | 7009970 | APS | MILLER LAW GROUP<br>111 SUTTER STREET<br>SAN FRANCISCO    CA 94104<br>Caller: Natalie Young<br>13-CV-2870<br>DRUCLLA V. UNITED<br>SUB<br>Signed: GREGORY LABLANC | TURNING POINT ACUPUNCTURE<br>1611 SAN PABLO AVENUE<br>BERKELEY         CA 94702<br><br><br>Ref: COOPER | Base Chg : 138.50<br>Fuel Chrg : 12.47 | 150.97 |

ENTERED AP
Date 3/30/14 By

ENTERED TS
Date 4/24/14 By

RECEIVED
MAR 20 2014
MILLER LAW GROUP

| Total | 150.97 |
|---|---|

## INVOICE PAYMENT DUE UPON RECEIPT



# First Legal Network LLC
P.O. BOX 844250 LOS ANGELES, CA 90084−4250

**INVOICE**

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| | 82161 |
| Invoice Date | Total Due |
| 2/28/14 | 35.00 |

MILLER LAW GROUP
111 SUTTER STREET
SUITE 700
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82161 | 304497 | 2/28/14 | 35.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/25/14 | 7009971 | APS | MILLER LAW GROUP<br>111 SUTTER STREET<br>SAN FRANCISCO    CA 94104<br>Caller: Natalie Young<br>13-CV-2870<br>DRUCILLA V. UNITED<br>SUB<br>Signed: ELIZABETH BELVEDERE, A | KAISER PERMENENTE<br>1301 PINOLE VALLEY ROAD<br>PINOLE        CA 94564<br>Comment: RELATED PROCESS<br><br><br>Ref: COOPER | Base Chg : 35.00 | 35.00 |
| PROCESS-SAME DAY | | | | | | |

ENTERED AP
Date 3/30/14 By

ENTERED TS
Date 4/24/14 By

RECEIVED

MAR 20 2014

MILLER LAW GROUP

| | Total | 35.00 |
|---|---|---|

**INVOICE PAYMENT DUE UPON RECEIPT**



**First Legal Network** LLC

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 304498 | 82161 |
| Invoice Date | Total Due |
| 2/28/14 | 35.00 |

MILLER LAW GROUP
111 SUTTER STREET
SUITE 700
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|---|
| | | | 82161 | 304498 | 2/28/14 | 35.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/25/14 | 7009972 | APS | MILLER LAW GROUP<br>111 SUTTER STREET<br>SAN FRANCISCO    CA 94104<br>Caller: Natalie Young<br>13-CV-2870<br>DRUCLLA V. UNITED<br>SUB<br>Signed: PERSONAL | GREGORY LABLANC C/O TURNING POINT   Base Chg :<br>1611 SAN PABLO AVENUE<br>BERKELEY      CA 94702<br><br>Ref: COOPER | 35.00 | 35.00 |
| PROCESS-SAME DAY | | | | | | |

ENTERED AP
Date 3/39/14  By

ENTERED TS
Date 4/24/14  By

RECEIVED

MAR 20 2014

MILLER LAW GROUP

| Total | 35.00 |
|---|---|

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network** LLC
P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

**INVOICE**

| Invoice No. | Customer No. |
|---|---|
| 304499 | 82161 |
| Invoice Date: | Total Due: |
| 2/28/14 | 182.85 |

MILLER LAW GROUP
111 SUTTER STREET
SUITE 700
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82161 | 304499 | 2/28/14 | 182.85 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/25/14 | 7009974 | APS | MILLER LAW GROUP<br>111 SUTTER STREET<br>SAN FRANCISCO    CA 94104<br>Caller: Natalie Young<br>13-CV-2870<br>DRUCLLA V. UNITED<br>SUB<br>Signed: DAVE BHACHI, ATA | EAST BAY PHYSICAL THERAPY<br>2200 HILLTOP MALL<br>RICHMOND      CA 94806<br><br><br>Ref: COOPER | Base Chg : 167.75<br>Fuel Chrg : 15.10 | 182.85 |
| PROCESS-SAME DAY | | | | | | |

ENTERED AP
Date 3/20/14 By

ENTERED TS
Date 4/24/14 By

RECEIVED

MAR 20 2014

MILLER LAW GROUP

| | Total | 182.85 |
|---|---|---|

**INVOICE PAYMENT DUE UPON RECEIPT**



# First Legal Network LLC
P.O. BOX 844250 LOS ANGELES, CA 90084--4250

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| | 82161 |
| Invoice Date | Total Due |
| 2/28/14 | 192.39 |

MILLER LAW GROUP
111 SUTTER STREET
SUITE 700
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82161 | 304500 | 2/28/14 | 192.39 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/25/14 | 7009975 | APS | MILLER LAW GROUP<br>111 SUTTER STREET<br>SAN FRANCISCO    CA 94104<br>Caller: Natalie Young<br>13-CV-2870<br>DRUCLLA V. UNITED<br>SUB<br>Signed: LOLA HEWITT/ATA | KENNETH CALDWELL M.D.<br>3687 MT. DIABLO BLVD<br>LAFAYETTE    CA 94549<br><br><br><br>Ref: COOPER | Base Chg : 176.50<br>Fuel Chrg : 15.89 | 192.39 |
| PROCESS-SAME DAY | | | | | | |

ENTERED AP
Date 3/30/14 By

ENTERED TS
Date 4/24/14 By

RECEIVED
MAR 20 2014
MILLER LAW GROUP

Total    192.39

## INVOICE PAYMENT DUE UPON RECEIPT



## First Legal Network LLC
P.O. BOX 844250 LOS ANGELES, CA 90084—4250

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 304492 | 82161 |
| Invoice Date | Total Due |
| 2/28/14 | 182.85 |

MILLER LAW GROUP
111 SUTTER STREET
SUITE 700
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg. |
|---|---|---|---|---|---|---|---|
| | | | 82161 | 304492 | 2/28/14 | 182.85 | 1 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 2/25/14 | 7009965 | APS | MILLER LAW GROUP | DAVE BHACHU | Base Chg : | 167.75 | 182.85 |
| PROCESS-SAME DAY | | | 111 SUTTER STREET | 2200 HILLTOP MALL ROAD | Fuel Chrg : | 15.10 | |
| | | | SAN FRANCISCO   CA 94104 | RICHMOND    CA 94806 | | | |
| | | | Caller: Natalie Young | | | | |
| | | | 13-CV-2870 | | | | |
| | | | DRUCLLA V. UNITED | | | | |
| | | | SUB | | | | |
| | | | Signed: PERSONAL | Ref: COOPER | | | |

ENTERED AP
Date 3/30/14 By

ENTERED TS
Date 4/24/14 By

RECEIVED

MAR 20 2014

MILLER LAW

Total    182.85

## INVOICE PAYMENT DUE UPON RECEIPT



# First Legal Network LLC
### P.O. BOX 844250 LOS ANGELES, CA 90084−4250

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 304491 | 82161 |
| Invoice Date | Total Due |
| 2/28/14 | 192.39 |

MILLER LAW GROUP
111 SUTTER STREET
SUITE 700
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82161 | 304491 | 2/28/14 | 192.39 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/25/14 | 7009963 | APS | MILLER LAW GROUP<br>111 SUTTER STREET<br>SAN FRANCISCO    CA 94104<br>Caller: Natalie Young<br>13-CV-2870<br>DRUCLLA V. UNITED<br>SUB<br>Signed: LOLA HEWITT/ATA | SUTER EAST BAY MEDICAL FOUNDATION<br>3687 MT. DIABLO BLVD<br>LAFAYETTE      CA 94549<br><br><br><br>Ref: COOPER | Base Chg : 176.50<br>Fuel Chrg : 15.89 | 192.39 |
| PROCESS-SAME DAY | | | | | | |

ENTERED AP
Date 3/30/14  By

ENTERED TS
Date 4/24/14  By

RECEIVED

MAR 2 0 2014

MILLER LAW GROUP

Total     192.39

## INVOICE PAYMENT DUE UPON RECEIPT

**WHEELS OF JUSTICE, INC.**   657 Mission Street, Suite 502 San Francisco, CA  94105
Tel: (415) 546-6000   Fax: (415) 546-6199

Invoice No. W2627277

| | | | |
|---|---|---|---|
| Attorney | MANI SHEIK, ESQ. (245487) | Date | March 21, 2014 |
| Tel | (415) 464-4300 | Court | UNITED STATES DISTRICT COURT |
| Fax | (415) 464-4336 | | NORTHERN DISTRICT OF CALIFORNIA |
| Atty File | UNITED AIRLINES, INC. | Plaintiff | DRUCILLA COOPER |
| | | Defendant | UNITED AIRLINES, INC. |
| | 288-003 | Case No. | 3-13CV-2870 JSC |
| Attention | Heather McClimon | Documents | SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN CIVIL ACTION |
| Firm | MILLER LAW GROUP | | |
| | 111 Sutter Street, 7th Floor | | |
| | San Francisco, California  94104 | | |

Serve:   1) VATCHE CABAYAN, M.D.
2) VATCHE CABAYAN MEDICAL CORPORATION

| Residence Address (1) | Business Address (2) |
|---|---|
| | 2970 Hilltop Drive |
| | Richmond, CA 94806 |
| | Bus Phone   (510) 724-4586 |

Special Instructions          *PREP DECLARATION • SERVE*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hearing Date | 4/15/2014 | Time | 9:00 a.m. | Dept | WOJ | Last Date to Serve | *ROUTINE* |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Age | **24** | Hgt | 5'6" | Race | **Afro/Am** | Wt | 150 | Sex   F   Hair   **Black** |

| | | | | |
|---|---|---|---|---|
| Service Date | 3/24/14 | Time | 11:41 a.m. | Servers Name   William E. Galdamez |

| Report 03/21/2014   1:40 PM | ITEM | CHARGES |
|---|---|---|
| Received by email | Service | 75.00 |
| 03/24/14          11:41 a.m. | Service | 37.50 |
| Served KELLI C, Medical Assistant | Time | |
| | Mileage | |
| | Fees Adv. | |
| ENTERED AP | Check Charge | |
| | Copywork | |
| | Court Service | |
| Attorney  Check Attached | **TOTAL** | **$112.50** |

ENTERED TS
Date 4/24/14 By

ENTERED AP
Date 3/30/14 By



## Thank you for using *WHEELS OF JUSTICE, INC.*
Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH



# Item 2:  Fees for Printed or Electronically Recorded Transcripts – Supporting Documentation

# PATRICIA CALLAHAN REPORTING

Certified Shorthand Reporters
3553 Castro Valley Blvd., Suite G
Castro Valley, CA 94546

(510) 885-2371
(415) 788-3993
Fax (510) 247-9775
WeReport @ aol.com

Tax I.D. No.: 26-1275633

**To:**

Tracy Thompson, Esq.
Miller Law Group
111 Sutter Street, Suite 700
San Francisco, CA 94104

# Invoice

**Number:** 11689

**Date:** 4/18/2014

**Case:** Drucilla Cooper vs. United Air Lines

| Description | Reported | Amount |
|---|---|---|
| Proceedings: Meet and Confer | 3/27/2014 | 641.00 |
| Rough Draft - Sent 3/27/14 | | 92.50 |

ENTERED AP
Date 5/2/14 By

ENTERED TS
Date 5/9/14 By

Reported By: W. Brown, CSR

| | | |
|---|---|---|
| | **TOTAL DUE** | $733.50 |

**Terms:** Net 30 Days

\* Please write the invoice number on you check or enclose a duplicate invoice with remittance
\* Make checks payable to Patricia Callahan Reporting
\* To pay by Credit Card please contact this office

# INVOICE

HANNAH KAUFMAN & ASSOCIATES, INC.
Certified Shorthand Reporters
San Francisco Executive Park
5 Thomas Mellon Circle, Suite 218
San Francisco CA  94134-2501
Phone:415-337-2077   Fax:415-337-2073

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 141210 | 4/22/2014 | 84080 |
| **Job Date** | **Case No.** | |
| 4/9/2014 | CV132870JSC | |
| **Case Name** | | |
| Drucilla Cooper, an individual v. United Airlines, Inc., et al. | | |
| **Payment Terms** | | |
| Net 30 days | | |

Mani Sheik, Attorney at Law
Miller Law Group
111 Sutter Street, Suite 700
San Francisco CA  94104

| | |
|---|---|
| ONE COPY OF THE VIDEOTAPED DEPOSITION TRANSCRIPT OF: | |
| Adam Calmis | 220.40 |
| Exhibit(s) Black & White                16.00  Pages | 6.40 |
| ONE COPY OF THE VIDEOTAPED DEPOSITION TRANSCRIPT OF: | |
| Adam Calmis (Confidential Portion) | 118.90 |
| Exhibit(s) Black & White                95.00  Pages | 38.00 |
| Multi-Media Service Fee 2 | 40.00 |
| Handling | 35.00 |

PAID
Date 6/12/14   By [signature]
# 8905

**TOTAL DUE  >>>          $458.70**

** PLEASE UPDATE YOUR RECORDS WITH OUR NEW ADDRESS ABOVE ** Please return the form below with your payment or include the invoice number on your check.  Call us if you would like to pay with Visa, MasterCard or Discover.  Thanks so much for your business!

ENTERED AP
Date 5/2/14  By [signature]

ENTERED TS
Date 5/9/14  By [signature]

**Tax ID:** 94-2963817

Phone: 415-464-4300   Fax:

*Please detach bottom portion and return with payment.*

# PATRICIA CALLAHAN REPORTING
Certified Shorthand Reporters
3553 Castro Valley Blvd., Suite G
Castro Valley, CA  94546

(510) 885-2371
(415) 788-3993
Fax (510) 247-9775
WeReport@ aol.com

Tax I.D. No.:  26-1275633

**To:**

TRACY THOMPSON, ESQ.
Miller Law Group
111 Sutter Street, Suite 700
San Francisco, CA  94104

# Invoice

**Number:**   11854

**Date:**      7/31/2014

**Case:**   Drucilla Cooper vs. United Air Lines

| Description | Reported | Amount |
|---|---|---|
| Original + One Certified Copy:  Deposition of Drucilla Cooper, Vol. I | 7/17/2014 | 1,479.86 |

ENTERED AP
Date 8/11/14  By

ENTERED TS
Date 8/20/14  By

PAID
Date 12/9/14  By
# 9682

| Reported By:    L. Fagundes, CSR | **TOTAL DUE** | $1,479.86 |
|---|---|---|

**Terms: Net 30 Days**

* Please write the invoice number on you check or enclose a duplicate invoice with remittance
* Make checks payable to Patricia Callahan Reporting
* To pay by Credit Card please contact this office



**•CYRILVIDEO• 1 Federal Street #27 SF CA 94107**
Tel/Fax: 415-626-1212  Email: cyril@cyrilvideo.com

## DETAILS

| Date | 7/17/2014 |
|---|---|
| Witness | Drucilla Cooper |
| Case | Cooper v UAL |
| Location | Miller Law SF CA |
| Attorney | Tracy Thompson |

## BILLING TIME

| Videographer Arrival Time | 8:00 am |
|---|---|
| Start Time | 9:00 am |
| End Time | 4:59 pm |
| Departure Time | 5:00 pm |
| Total Hrs  9 minus 1hr lunch | 8 hrs |

## PAYMENT

| 8 hrs  x $90 | $720.00 |
|---|---|
| **Total** | **$720.00** |
| Please pay within 30 days. | Thank you. |

| Make check out to: | Cyril Suszckiewicz |
|---|---|
| Billing Address | One Federal Street #27 SF CA 94107 |
| Invoice Number | V71714M |

Thank you,
**Error! Contact not defined.**
http://www.cyrilvideo.com/

ENTERED TS
Date 9/17/14  By

ENTERED AP
Date 9/3/14  By

# INVOICE

HANNAH KAUFMAN & ASSOCIATES, INC.
Certified Shorthand Reporters
150 Executive Park Blvd., Suite 4600
San Francisco CA 94134-3333
Phone:415-337-2077 Fax:415-337-2073

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 141794 | 9/9/2014 | 84898 |
| Job Date | Case No. | |
| 9/3/2014 | 13CV2870JSC | |
| Case Name | | |
| Drucilla Cooper, an individual v. United Airlines, Inc., et al. | | |
| Payment Terms | | |
| Net 30 days | | |

Tracy Thompson, Esq.
Miller Law Group
111 Sutter Street, Suite 700
San Francisco CA 94104

| | | | |
|---|---|---|---|
| ONE COPY OF THE DEPOSITION TRANSCRIPT OF: | | | |
| Russ Faultner | 47.00 | Pages | 112.80 |
| Exhibit(s) Black & White | 16.00 | Pages | 6.40 |
| ONE COPY OF THE DEPOSITION TRANSCRIPT OF: | | | |
| Russ Faultner (confidential portion) | 8.00 | Pages | 19.20 |
| Exhibit(s) Black & White | | | 0.40 |
| Multi-Media Service Fee | | | 30.00 |
| Handling | | | 30.00 |
| | | TOTAL DUE >>> | $198.80 |

PAID
Date 12/31/14 By [signature]
# 7772

ENTERED AP [signature]
Date 10/2/14 By [signature]

ENTERED TS [signature]
Date 10/17/14 By [signature]

Please return the form below with your payment or include the invoice number on your check. Call us if you would like to pay with Visa, MasterCard or Discover. Thanks so much for your business!

**Tax ID:** 94-2963817                                                    Phone: 415-464-4300   Fax:

*Please detach bottom portion and return with payment.*

# I N V O I C E

HANNAH KAUFMAN & ASSOCIATES, INC.
Certified Shorthand Reporters
150 Executive Park Blvd., Suite 4600
San Francisco CA  94134-3333
Phone:415-337-2077   Fax:415-337-2073

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 141835 | 9/19/2014 | 84939 |
| **Job Date** | **Case No.** | |
| 9/9/2014 | 13CV2870JSC | |
| **Case Name** | | |
| Drucilla Cooper, an individual v. United Airlines, Inc., et al. | | |
| **Payment Terms** | | |
| Net 30 days | | |

Tracy Thompson, Esq.
Miller Law Group
111 Sutter Street, Suite 700
San Francisco CA  94104

| | | | |
|---|---|---|---|
| ONE COPY OF THE DEPOSITION TRANSCRIPT OF: | | | |
| Darlene Marvin-Nilsen | 125.00 | Pages | 300.00 |
| Exhibit(s) Black & White | 40.00 | Pages | 16.00 |
| ONE COPY OF THE DEPOSITION TRANSCRIPT OF: | | | |
| Darlene Marvin-Nilsen as 30(b)(6) | 20.00 | Pages | 48.00 |
| Exhibit(s) Black & White | 7.00 | Pages | 2.80 |
| Multi-Media Service Fee 2 | | | 40.00 |
| Handling | | | 35.00 |

**TOTAL DUE  >>>**          **$441.80**

Please return the form below with your payment or include the invoice number on your check.  Call us if you would like to pay with Visa, MasterCard or Discover.  Thanks so much for your business!

ENTERED AP          ENTERED TS
Date _10/2/14_ By          Date _10/11/14_ By

**Tax ID:** 94-2963817

Phone: 415-464-4300    Fax:

*Please detach bottom portion and return with payment.*

# PATRICIA CALLAHAN REPORTING

Certified Shorthand Reporters
3553 Castro Valley Blvd., Suite G
Castro Valley, CA 94546

(510) 885-2371
(415) 788-3993
Fax (510) 247-9775
WeReport@ aol.com

Tax I.D. No.: 26-1275633

**To:**

TRACY THOMPSON, ESQ.
Miller Law Group
111 Sutter Street, Suite 700
San Francisco, CA 94104

# Invoice

**Number:**   11937

**Date:**      9/29/2014

**Case:**   Drucilla Cooper vs.
United Air Lines, Inc.

| Description | Reported | Amount |
|---|---|---|
| Original & One Certified Transcript: Deposition of Drucilla Cooper, Vol. II | 9/11/2014 | 799.05 |

ENTERED A~~~
Date 10/24/14 By

ENTERED TS
Date 11/10/14 By

| Reported By:   L. Fagundes, CSR | **TOTAL DUE** | $799.05 |
|---|---|---|

Terms: **Net 30 Days**

* Please write the invoice number on you check or enclose a duplicate invoice with remittance
* Make checks payable to Patricia Callahan Reporting
* To pay by Credit Card please contact this office



**•CYRILVIDEO• 1 Federal Street #27 SF CA 94107**
Tel/Fax: 415-626-1212  Email: cyril@cyrilvideo.com

**DETAILS**

| | |
|---|---|
| Date | 9/11/2014 |
| Witness | Drucilla Cooper Vol 2 |
| Case | Cooper v UAL |
| Location | Miller Law SF CA |
| Attorney | Tracy Thompson |

**BILLING TIME**

| | |
|---|---|
| Videographer Arrival Time | 9:00 am |
| Start Time | 10:00 am |
| End Time | 12:41pm |
| Departure Time | 1:15 pm |
| Total Hrs | 4.25 hrs |

**PAYMENT**

| | |
|---|---|
| 4.25 hrs  x $90 | $382.50 |
| **Total** | **$382.50** |
| Please pay within 30 days. | Thank you. |

| | |
|---|---|
| Make check out to: | Cyril Suszckiewicz |
| Billing Address | One Federal Street #27 SF CA 94107 |
| Invoice Number | V91114M |

Thank you,
**Error! Contact not defined.**
http://www.cyrilvideo.com/

ENTERED TS
Date 11/10/14 By

ENTERED AP
Date 10/27/14 By

# PATRICIA CALLAHAN REPORTING
Certified Shorthand Reporters
3553 Castro Valley Blvd., Suite G
Castro Valley, CA  94546

(510) 885-2371
(415) 788-3993
Fax (510) 247-9775
WeReport@ aol.com

Tax I.D. No.: 26-1275633

**To:**

TRACY THOMPSON, ESQ.
Miller Law Group
111 Sutter Street, Suite 700
San Francisco, CA  94104

# Invoice

**Number:**   11953

**Date:**      10/1/2014

☞ *REMINDER*

**Case:**   Drucilla Cooper vs. United Air Lines

| Description | Reported | Amount |
|---|---|---|
| Proceedings:  Meet and Confer - Next Day Expedite | 9/29/2014 | 845.00 |

ENTERED AP
Date 11/6/14 By

ENTERED T
Date 11/10/14 By

| | | |
|---|---|---|
| Reported By:    L. Fagundes, CSR | **TOTAL DUE** | **$845.00** |

Terms: **Net 30 Days**

* Please write the invoice number on you check or enclose a duplicate invoice with remittance
* Make checks payable to Patricia Callahan Reporting
* To pay by Credit Card please contact this office

# INVOICE

HANNAH KAUFMAN & ASSOCIATES, INC.
Certified Shorthand Reporters
150 Executive Park Blvd., Suite 4600
San Francisco CA  94134-3333
Phone:415-337-2077   Fax:415-337-2073

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 142008 | 10/31/2014 | 85240 |
| **Job Date** | **Case No.** | |
| 10/28/2014 | 13CV2870JSC | |
| **Case Name** | | |
| Drucilla Cooper, an individual v. United Airlines, Inc., et al. | | |
| **Payment Terms** | | |
| Net 30 days | | |

Tracy Thompson, Esq.
Miller Law Group
111 Sutter Street, Suite 700
San Francisco CA  94104

ONE COPY OF THE DEPOSITION TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Robert Donohue | 184.00 | Pages | 441.60 |
| Exhibit(s) Black & White | 162.00 | Pages | 64.80 |
| Rough Draft E-mail File(s) | 180.00 | Pages | 225.00 |
| Multi-Media Service Fee | | | 30.00 |
| Handling | | | 30.00 |
| | | **TOTAL DUE  >>>** | **$791.40** |

Please return the form below with your payment or include the invoice number on your check.  Call us if you would like to pay with Visa, MasterCard or Discover.  Thanks so much for your business!

ENTERED AP
Date 11/10/14  By

ENTERED TS
Date 11/10/14  By

**Tax ID:** 94-2963817                                                          Phone: 415-464-4300    Fax:

*Please detach bottom portion and return with payment.*

# INVOICE

HANNAH KAUFMAN & ASSOCIATES, INC.
Certified Shorthand Reporters
150 Executive Park Blvd., Suite 4600
San Francisco CA 94134-3333
Phone:415-337-2077   Fax:415-337-2073

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 142283 | 1/16/2015 | 84368 |
| **Job Date** | **Case No.** | |
| 5/27/2014 | 13CV2870JSC | |
| **Case Name** | | |
| Drucilla Cooper, an individual v. United Airlines, Inc., et al. | | |
| | | |
| **Payment Terms** | | |
| Net 30 days | | |

M. Michael Cole, Esq.
Miller Law Group
111 Sutter Street, Suite 700
San Francisco CA 94104

ONE COPY OF THE DEPOSITION TRANSCRIPT OF:
 Anhvu Ly                                   126.00 Pages              302.40
   Exhibit(s) Black & White                   8.00 Pages                3.20
ONE COPY OF THE DEPOSITION TRANSCRIPT OF:
 Anhvu Ly (confidential portions)            30.00 Pages               72.00
   Exhibit(s) Black & White                  54.00 Pages               21.60
   Multi-Media Service Fee 2                                           40.00
   Handling.2                                                          35.00

PAID
Date 3/2/15 By
#9989

                                         TOTAL DUE  >>>            $474.20

Please return the form below with your payment or include the invoice number on your check.  Call us if you would like to pay with Visa,
MasterCard or Discover.  Thanks so much for your business!

1st Notice
PAST DUE!
2-23-15
Please Disregard
If Already Paid

ENTERED AP
Date 2/20/15 By

ENTERED TS
Date 2/16/15 By

Tax ID: 94-2963817                                          Phone: 415-464-4300    Fax:

*Please detach bottom portion and return with payment.*

# Item 3:  Fees for Exemplification and the Cost of Making Copies – Supporting Documentation

# INVOICE
## ((REPRINT))

**First Records Retrieval**
Subpoena · Mobile · Photocopy

P.O.Box 59701
LOS ANGELES, CA 90074-9701
Phone: (877) 591-9979 Fax:(877) 823-7488
TAX ID: 27-1441384

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 41160 | March 19, 2014 | 34527-08-01 |

*Apr*

Bill To:
**MANI SHEIK**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

Ordered by:
**MANI SHEIK**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

| | |
|---|---|
| Claim Number: **COOPER** | File Ref:: COOPER |
| Case No: **3:13-CV-2870 JSC** | Patient: **DRUCILLA COOPER** |
| Court: **UNITED STATES DISTRICT COURT** | DOI: |
| Plaintiff: **DRUCILLA COOPER** | |
| Defendant: **UNITED AIR LINES, INC.** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Deposition Officer Fee | | | 52.50 |
| Pages | 53.00 | .29 | 15.37 |
| Bates Labeling | 53.00 | .03 | 1.59 |

ENTERED AP   Date 5/9/14 By

ENTERED TS   Date 5/9/14 By

| | | |
|---|---|---|
| Regarding: DRUCILLA COOPER at  GREGORY LABLANC c/o TURNING POINT ACUPUNCTURE Berkeley | SUB-TOTAL | 69.46 |
| | SALES TAX | 1.48 |
| | TOTAL DUE | $ 70.94 |

Thank you for choosing First Records Retrieval!  For billing inquiries, please call Tel. (877) 591-9979.

# INVOICE
## ((REPRINT))

**First Records Retrieval**
Subpoena · Mobile · Photocopy

P.O.Box 59701
LOS ANGELES, CA 90074-9701
Phone: (877) 591-9979 Fax:(877) 823-7488
TAX ID: 27-1441384

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 41160 | March 29, 2014 | 34527-07-01 |

Bill To:
**MANI SHEIK**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

Ordered by:
**MANI SHEIK**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

| Claim Number: **COOPER** | File Ref:: **COOPER** |
|---|---|
| Case No: **3:13-CV-2870 JSC** | Patient: **DRUCILLA COOPER** |
| Court: **UNITED STATES DISTRICT COURT** | DOI: |
| Plaintiff: **DRUCILLA COOPER** | |
| Defendant: **UNITED AIR LINES, INC.** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Deposition Officer Fee** | | | 52.50 |
| Pages | 14.00 | .29 | 4.06 |
| Bates Labeling | 14.00 | .03 | .42 |

ENTERED AP
Date 5/2/14 By

ENTERED TS
Date 5/9/14 By

| Regarding: **DRUCILLA COOPER at KAISER PERMANENTE Pinole** | | |
|---|---|---|
| | SUB-TOTAL | 56.98 |
| | SALES TAX | .39 |
| | TOTAL DUE | $ 57.37 |

Thank you for choosing First Records Retrieval! For billing inquiries, please call Tel. (877) 591-9979.

# INVOICE
## ((REPRINT))

**First Records Retrieval**

Subpoena · Mobile · Photocopy

P.O.Box 59701
LOS ANGELES, CA 90074-9701
Phone: (877) 591-9979 Fax:(877) 823-7488
TAX ID: 27-1441384

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 41160 | March 19, 2014 | 34527-09-01 |

Bill To:
**MANI SHEIK**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

Ordered by:
**MANI SHEIK**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

| Claim Number: **COOPER** | File Ref:: **COOPER** |
|---|---|
| Case No: **3:13-CV-2870 JSC** | Patient: **DRUCILLA COOPER** |
| Court: **UNITED STATES DISTRICT COURT** | DOI: |
| Plaintiff: **DRUCILLA COOPER** | |
| Defendant: **UNITED AIR LINES, INC.** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Deposition Officer Fee | | | 52.50 |
| Pages | 114.00 | .29 | 33.06 |
| Bates Labeling | 114.00 | .03 | 3.42 |

ENTERED AP
Date 5/2/14 By

ENTERED TS
Date 5/9/14 By

| | | |
|---|---|---|
| Regarding: **DRUCILLA COOPER at  EAST BAY PHYSICAL THERAPY Richmond** | SUB-TOTAL | 88.98 |
| | SALES TAX | 3.19 |
| | TOTAL DUE | $ 92.17 |

Thank you for choosing First Records Retrieval!  For billing inquiries, please call Tel. (877) 591-9979.

# INVOICE
## ((REPRINT))

**First Records Retrieval**
Subpoena · Mobile · Photocopy

P.O.Box 59701
LOS ANGELES, CA 90074-9701
Phone: (877) 591-9979 Fax:(877) 823-7488
TAX ID: 27-1441384

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 41160 | March 19, 2014 | 34527-02-01 |

*SF*

*Apr*

Bill To:
**MANI SHEIK**
**MILLER LAW GROUP**
111 Sutter Street, Suite 700
San Francisco, CA 94104

Ordered by:
**MANI SHEIK**
**MILLER LAW GROUP**
111 Sutter Street, Suite 700
San Francisco, CA 94104

| | |
|---|---|
| Claim Number: **COOPER** | File Ref:: **COOPER** |
| Case No: **3:13-CV-2870 JSC** | Patient: **DRUCILLA COOPER** |
| Court: **UNITED STATES DISTRICT COURT** | DOI: |
| Plaintiff: **DRUCILLA COOPER** | |
| Defendant: **UNITED AIR LINES, INC.** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Deposition Officer Fee** | | | 52.50 |
| Pages | 114.00 | .29 | 33.06 |
| Bates Labeling | 114.00 | .03 | 3.42 |

**ENTERED AP**
Date 5/2/14 By

**ENTERED TS**
Date 5/9/14 By

| | | | |
|---|---|---|---|
| Regarding: DRUCILLA COOPER at  DAVE BHACHU c/o EAST BAY PHYSICAL THERAPY Richmond | | SUB-TOTAL | 88.98 |
| | | SALES TAX | 3.19 |
| | | TOTAL DUE | ~~$ 92.17~~ |

$52.50

Thank you for choosing First Records Retrieval!  For billing inquiries, please call Tel. (877) 591-9979.

# INVOICE



## First Records Retrieval
Subpoena · Mobile · Photocopy

P.O.Box 59701
Los Angeles, CA 90074-9701
Phone: (877) 591-9979 Fax:(877) 823-7488
TAX ID: 27-1441384

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 41160 | April 14, 2014 | 34527-04-01 |

Bill To:
**MANI SHEIK**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

Ordered by:
**MANI SHEIK**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

| Claim Number: COOPER | File Ref.: COOPER |
|---|---|
| Case No: 3:13-CV-2870 JSC | Patient: DRUCILLA COOPER |
| Court: UNITED STATES DISTRICT COURT | DOI: |
| Plaintiff: DRUCILLA COOPER | |
| Defendant: UNITED AIR LINES, INC. | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Deposition Officer Fee | | | 52.50 |
| Pages | 158.00 | .29 | 45.82 |
| Bates Labeling | 158.00 | .03 | 4.74 |
| Fuel Surcharge | 1.00 | 4.00 | 4.00 |
| Trip Charge | 1.00 | 7.50 | 7.50 |

ENTERED AP
Date 5/2/14 By

ENTERED TS
Date 5/9/14 By

Regarding: DRUCILLA COOPER at SOL PHYSICAL THERAPY Oakland

| | |
|---|---|
| SUB-TOTAL | 114.56 |
| SALES TAX | 4.42 |
| Total | $118.98 |

# INVOICE



## First Records Retrieval
Subpoena • Mobile • Photocopy

P.O.Box 59701
Los Angeles, CA 90074-9701
Phone: (877) 591-9979 Fax:(877) 823-7488
TAX ID: 27-1441384

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 41160 | April 27, 2014 | 34527-03-01 |

Bill To:
**MANI SHEIK**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

Ordered by:
**MANI SHEIK**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

| | |
|---|---|
| Claim Number: COOPER | File Ref:: COOPER |
| Case No: 3:13-CV-2870 JSC | Patient: DRUCILLA COOPER |
| Court: UNITED STATES DISTRICT COURT | DOI: |
| Plaintiff: DRUCILLA COOPER | |
| Defendant: UNITED AIR LINES, INC. | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Deposition Officer Fee | | | 52.50 |
| Pages | 62.00 | .29 | 17.98 |
| Bates Labeling | 62.00 | .03 | 1.86 |
| Fuel Surcharge | 1.00 | 4.00 | 4.00 |
| Trip Charge | 1.00 | 7.50 | 7.50 |

ENTERED AP
Date 5/2/14 By

ENTERED TS
Date 5/9/14 By

Regarding: DRUCILLA COOPER at RAMINDER DOSAANJH, MPT c/o SOL PHYSICAL THERAPY Oakland

| | |
|---|---|
| SUB-TOTAL | 83.84 |
| SALES TAX | 1.74 |
| TOTAL DUE | $ 85.58 |

# INVOICE



## First Records Retrieval
Subpoena • Mobile • Photocopy

P.O.Box 59701
Los Angeles, CA 90074-9701
Phone: (877) 591-9979 Fax:(877) 823-7488
TAX ID: 27-1441384

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 41160 | April 27, 2014 | 34527-05-01 |

Bill To:
**MANI SHEIK**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

Ordered by:
**MANI SHEIK**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

| Claim Number: COOPER | File Ref:: COOPER |
|---|---|
| Case No: 3:13-CV-2870 JSC | Patient: DRUCILLA COOPER |
| Court: UNITED STATES DISTRICT COURT | DOI: |
| Plaintiff: DRUCILLA COOPER | |
| Defendant: UNITED AIR LINES, INC. | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Deposition Officer Fee | | | 52.50 |
| Pages | 14.00 | .29 | 4.06 |
| Bates Labeling | 14.00 | .03 | .42 |

ENTERED AP~~~
Date 5/9/14 By ~~~

ENTERED TS
Date 5/9/14 By ~~~

| Regarding: DRUCILLA COOPER at JOHN W. GALLO, D.O., c/o KAISER PERMANENTE Pinole | | |
|---|---|---|
| SUB-TOTAL | | 56.98 |
| SALES TAX | | .39 |
| TOTAL DUE | | $ 57.37 |

# INVOICE



## First Records Retrieval
Subpoena • Mobile • Photocopy

P.O.Box 59701
Los Angeles, CA 90074-9701
Phone: (877) 591-9979 Fax:(877) 823-7488
TAX ID: 27-1441384

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 41160 | April 28, 2014 | 34527-01-01 |

**Bill To:**
MANI SHEIK
MILLER LAW GROUP
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

**Ordered by:**
MANI SHEIK
MILLER LAW GROUP
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

| | |
|---|---|
| Claim Number: COOPER | File Ref:: COOPER |
| Case No: 3:13-CV-2870 JSC | Patient: DRUCILLA COOPER |
| Court: UNITED STATES DISTRICT COURT | DOI: |
| Plaintiff: DRUCILLA COOPER | |
| Defendant: UNITED AIR LINES, INC. | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Deposition Officer Fee | | | 52.50 |
| Certificate of No Records | | | .00 |

ENTERED TS
Date 5/9/14 By

ENTERED AP
Date 5/2/14 By

| Regarding: DRUCILLA COOPER at  SUTTER EAST BAY MEDICAL FOUNDATION ( ATTN: NICHOLAS SO) Lafayette | SUB-TOTAL | 52.50 |
|---|---|---|
| | SALES TAX | .00 |
| | TOTAL DUE | $ 52.50 |

# INVOICE



## First Records Retrieval
Subpoena · Records · Photocopy

P.O.Box 59701
Los Angeles, CA 90074-9701
Phone: (877) 591-9979 Fax:(877) 823-7488
TAX ID: 27-1441384

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 41160 | May 13, 2014 | 34527-10-01 |

Bill To:
**MANI SHEIK**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

Ordered by:
**MANI SHEIK**
**MILLER LAW GROUP**
**111 Sutter Street, Suite 700**
**San Francisco, CA 94104**

| | |
|---|---|
| Claim Number: COOPER | File Ref:: COOPER |
| Case No: 3:13-CV-2870 JSC | Patient: DRUCILLA COOPER |
| Court: UNITED STATES DISTRICT COURT | DOI: |
| Plaintiff: DRUCILLA COOPER | |
| Defendant: UNITED AIR LINES, INC. | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Deposition Officer Fee<br>Certificate of No Records | | | 52.50<br>.00 |

ENTERED AP
Date 6/4/14 By

ENTERED TS
Date 6/19/14 By

| Regarding: DRUCILLA COOPER at KENNETH CALDWELL, M.D. SUTTER EAST BAY MEDICAL FOUNDATION ( ATTN: NICHOLAS SO) Lafayette | | |
|---|---|---|
| | SUB-TOTAL | 52.50 |
| | SALES TAX | .00 |
| | TOTAL DUE | $ 52.50 |

Thank you for choosing First Records Retrieval! For billing inquiries, please call 8775919979.

# INVOICE



## First Records Retrieval
Subpoena · Mobile · Photocopy

P.O.Box 59701
Los Angeles, CA 90074-9701
Phone: (877) 591-9979 Fax:(877) 823-7488
TAX ID: 27-1441384

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 41160 | May 28, 2014 | 34527-06-01 |

**Bill To:**
MANI SHEIK
MILLER LAW GROUP
111 Sutter Street, Suite 700
San Francisco, CA 94104

**Ordered by:**
MANI SHEIK
MILLER LAW GROUP
111 Sutter Street, Suite 700
San Francisco, CA 94104

| | |
|---|---|
| Claim Number: COOPER | File Ref:: COOPER |
| Case No: 3:13-CV-2870 JSC | Patient: DRUCILLA COOPER |
| Court: UNITED STATES DISTRICT COURT | DOI: |
| Plaintiff: DRUCILLA COOPER | |
| Defendant: UNITED AIR LINES, INC. | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Deposition Officer Fee | | | 52.50 |
| Certificate of No Records | | | .00 |

ENTERED AP Date 6/6/14 By

ENTERED TS Date 6/9/14 By

| Regarding: DRUCILLA COOPER at TURNING POINT ACUPUNCTURE Berkeley | | SUB-TOTAL | 52.50 |
|---|---|---|---|
| | | SALES TAX | .00 |
| | | TOTAL DUE | $ 52.50 |

Thank you for choosing First Records Retrieval! For billing inquiries, please call 8775919979.

**WHEELS OF JUSTICE, INC.**   657 Mission Street, Suite 502 San Francisco, CA   94105
Tel: (415) 546-6000   Fax: (415) 546-6199

Invoice No. W2627278

| | | | |
|---|---|---|---|
| Attorney | MANI SHEIK, ESQ. (245487) | Date | March 21, 2014 |
| Tel | (415) 464-4300 | Court | UNITED STATES DISTRICT COURT |
| Fax | (415) 464-4336 | | NORTHERN DISTRICT OF CALIFORNIA |
| Atty File | UNITED AIRLINES, INC. | Plaintiff | DRUCILLA COOPER |
| | | Defendant | UNITED AIRLINES, INC. |
| | 288-003 | Case No. | 3-13CV-2870 JSC |
| Attention | *June* | | BUSINESS RECORDS pertaining to: |
| Firm | MILLER LAW GROUP | | DRUCILLA COOPER |
| | 111 Sutter Street, 7th Floor | | SS# xxx-xx-3550 |
| | San Francisco, California  94104 | | DOB 12/27/1950 |

(vertical text: D o c u m e n t s)

Serve:   1) VATCHE CABAYAN, M.D.
2) VATCHE CABAYAN MEDICAL CORPORATION

| Residence Address (1) | | Business Address (2) |
|---|---|---|
| | 2970 Hilltop Drive | |
| | Richmond, CA  94806 | |
| | Bus Phone   (510) 724-4586 | |
| | BHILL@CABAYANORTHOPEDICS.COM | |

Special Instructions   *RECORDS READY FOR COPYING WEDNESDAYS 1-4 NO APPT*
*FILE SIZE UNKNOWN - CHECK FOR $15 PAYABLE TO MEDICAL CORP NEEDED*

| Hearing Date | 4/15/2014 | Time | 9:00 a.m. | Dept | WOJ | Last Date to Serve | *ROUTINE* |
|---|---|---|---|---|---|---|---|

| Description | Age | | Hgt | Race | Wt | Sex | Hair |
|---|---|---|---|---|---|---|---|

| Service Date | | Time | | Servers Name | | |
|---|---|---|---|---|---|---|

Report 03/21/2014   1:40 PM
Received by email

ENTERED AP
Date 6/19/14 By

4/16/2014
Obtained records, 494 pages

ENTERED TS
Date 7/18/14 By

| ITEM | CHARGES |
|---|---|
| Service | 75.00 |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Doc Prep | 172.90 |
| Court Service | |
| **TOTAL** | **$247.90** |

Attorney Check Attached

*Thank you for using WHEELS OF JUSTICE, INC.*

Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270



ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH

**FedEx Office.** ✖

FedEx Office is your destination
for printing and shipping.

100 California St
San Francisco, CA 94111-4501
Tel: (415) 834-0240

8/13/2014          1:02:18 PM PST
Team Member: Junjing L.
Customer: tracey Thompson

                    SALE

| scans | Qty 537 | 134.25 |
|---|---|---|
| Auto Scan-To-PDF | 537 @ | 0.2500 T |
| 002862 Reg. Price | 0.89 | |
| | | |
| Price per piece | 0.25 | |
| Regular Total | 477.93 | |
| Discounts | 343.68 | |

| bate stamp | Qty 1 | 7.50 |
|---|---|---|
| File Enhancement | 1 @ | 7.5000 T |
| 004373 Reg. Price | 7.50 | |
| | | |
| Price per piece | 7.50 | |
| Regular Total | 7.50 | |
| Discounts | 0.00 | |

| cd | Qty 1 | 9.95 |
|---|---|---|
| CD Burn-Master | 1 @ | 9.9500 T |
| 001447 Reg. Price | 9.95 | |
| | | |
| Price per piece | 9.95 | |
| Regular Total | 9.95 | |
| Discounts | 0.00 | |

| ·Total | 15 |
|---|---|
| | 13 |
| ᴉsit | 0. |
| ᴉ | 164.9 |
| k  (M) | 164.97 |
| Total Tender | 164.97 |
| Change Due | 0.00 |

*Handwritten note, right side:*

a
Cooper v. United
Receipt for Plaintiff
Cooper's Calendar
Production on 8/13/14
(CD-ROM)
Pl. Check No. 9216
Miller-Law Group.

# Item 4:  Other Costs – Supporting Documentation

```
FLASH billing sheets for MILLER LAW GROUP for 10/01/13-10/31/13          Page: 1
========================================================================================
Date     From => To                        Caller     Service       Cost
Time                                        Job #
========================================================================================
10/04/13 MILLER LAW GROUP     => US DISTRICT        CHERYL     WAIT          12.00
09:28    111 SUTTER ST 7TH FL   450 GOLDEN GATE 16 UNITED COOPER
```



**Delivery Service Invoice**
Invoice date     **November 16, 2013**
Invoice number   0000227V57463
Shipper number   227V57

Page  5 of 9

## Outbound
### UPS Internet Shipping (continued)

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| | 1Z227V570197152013 | Next Day Air Commercial Letter | 94102 | 102 | Letter | 19.25 | -12.07 | 7.18 |
| | | Customer entered weight | | | 1 | | | |
| | | Fuel Surcharge | | | | 2.60 | -1.63 | 0.97 |
| | | **Total** | | | | 21.85 | -13.70 | 8.15 |

**1st ref :** United/Cooper
**Sender  :** Natalie Young
Miller Law Group
111 Sutter Street
SAN FRANCISCO CA 94104

**UserID :** millerlaw
**Receiver :** Honorable Jacqueline
USDC-Northern District
450 Golden Gate Avenue
SAN FRANCISCO CA 94102



**Delivery Service Invoice**

Invoice date **November 23, 2013**
Invoice number   0000227V57473
Shipper number   227V57

Page  5 of 9

## Outbound

**UPS Internet Shipping** (continued)

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| | 1Z227V57NW93498371 | Next Day Air Saver Commercial | 94102 | 132 | Letter | 17.25 | -10.83 | 6.42 |
| | | Letter | | | | | | |
| | | Customer entered weight | | | 0.5 | | | |
| | | Fuel Surcharge | | | | 2.33 | -1.46 | 0.87 |
| | | **Total** | | | | 19.58 | -12.29 | 7.29 |

1st ref : UAL/Cooper
**Sender**  : Cheryl Bower
Miller Law Group
111 Sutter Street
SAN FRANCISCO CA 94104

UserID : millerlaw
**Receiver**: Honorable Jacqueline
USDC-Northern District
450 Golden Gate Avenue
SAN FRANCISCO CA 94102

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-531-08464 | Jan 17, 2014 | | 6 of 8 |

Dropped off: Jan 09, 2014    Cust. Ref: United/Cooper    Ref.#2:
Payor: Shipper    Ref.#3:
• Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
• Distance Based Pricing, Zone 2

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 797598827003 | Pamela Leonard | Hon. Jacqueline Scott Corley |
| Service Type | FedEx Priority Overnight | Miller Law Group | USDC Northern District |
| Package Type | FedEx Envelope | 111 Sutter Street | 450 Golden Gate Avenue |
| Zone | 02 | SAN FRANCISCO CA 94104 US | SAN FRANCISCO CA 94102 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |

Continued on next page

1016-01-00-0004637-0002-0012275

| | | | | |
|---|---|---|---|---|
| Delivered | Jan 10, 2014 10:16 | Transportatio | | 20.50 |
| Svc Area | A4 | Fuel Surcharg | | 0.70 |
| Signed by | H.ELMERSON | Discount | | -12.69 |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | **USD** | **$8.51** |



**First Legal Network** LLC
P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 302188 | 82161 |
| Invoice Date | Total Due |
| 1/31/14 | 19.25 |

MILLER LAW GROUP
111 SUTTER STREET
SUITE 700
SAN FRANCISCO, CA 94104

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82161 | 302188 | 1/31/14 | 19.25 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/30/14 | 7001549 | PDF | MILLER LAW GROUP          USDC-SAN FRANCISCO | Base Chg : 19.25 | 19.25 |
| PDF COURTESY DELIVERY | | | 111 SUTTER STREET          450 GOLDEN GATE AVENUE | | |
| | | | SAN FRANCISCO  CA 94104   SAN FRANCISCO   CA 94102 | | |
| | | | Caller: Natalie Young | | |
| | | | 3:13-CV-2870-JSC | | |
| | | | COOPER VS. UNITED AIR LINES | | |
| | | | UPDATED JOINT CASE MANAGEMENT STATEMENT | | |
| | | | COURTESY COPY TO JDG | | |
| | | | Signed: DELIVERED          Ref: COOPER VS. UNITED | | |

ENTERED AP
Date 3/6/14 By

ENTERED TS
Date 3/7/14 By

RECEIVED
FEB 1 4 2014
MILLER LAW GROUP

Total    19.25

## INVOICE PAYMENT DUE UPON RECEIPT



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-567-41613 | Feb 21, 2014 | | 13 of 15 |

Dropped off: Feb. 13, 2014          Cust. Ref.: United/Cooper          Ref.#2:
Payor: Shipper                      Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Distance Based Pricing, Zone 2
- Shipment delivered to address other than recipient's.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Cheryl Bower | Hon. Jacqueline Scott Corley |
| Tracking ID | 797916634261 | Miller Law Group | USDC Northern District |
| Service Type | FedEx Priority Overnight | 111 Sutter Street | 450 Golden Gate Avenue |
| Package Type | FedEx Envelope | SAN FRANCISCO CA 94104 US | SAN FRANCISCO CA 94102 US |
| Zone | 02 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Feb 14, 2014 10:30 | Transportation Charge | 20.50 |
| Svc Area | A4 | Discount | -12.69 |
| Signed by | .SIMONE | Fuel Surcharge | 0.78 |
| FedEx Use | 000000000/0000186/04 | **Total Charge** USD | **$8.59** |

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-627-26136 | Apr 18, 2014 | | 10 of 12 |

Dropped off: Apr 08, 2014          Cust. Ref.: United/Cooper          Ref.#2:
Payor: Shipper                     Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Distance Based Pricing, Zone 2
- Shipment delivered to address other than recipient's.

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Cheryl Bower | Hon. Jacqueline Scott Corley | |
| Tracking ID | 798483402010 | Miller Law Group | USDC Northern District | |
| Service Type | FedEx Priority Overnight | 111 Sutter Street | 450 Golden Gate Avenue | |
| Package Type | FedEx Envelope | SAN FRANCISCO CA  94104  US | SAN FRANCISCO CA  94102  US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Apr 09, 2014 10:25 | Transportation Charge | 20.50 |
| Svc Area | A4 | Fuel Surcharge | 0.78 |
| Signed by | .ANNA | Discount | -12.69 |
| FedEx Use | 000000000/0000186/04 | **Total Charge** | USD | **$8.59** |

```
FLASH billing sheets for MILLER LAW GROUP for 06/01/14-06/30/14          Page: 1
==================================================================================
Date      From => To                               Caller      Service      Cost
Time                                                Job #
==================================================================================
06/20/14  MILLER LAW GROUP      => US DISTRICT COURT  CHERI       WAIT        12.00
09:00     111 SUTTER ST 7TH FL     450 GOLDEN GATE 16 288-003  United/Cooper
```

2

```
FLASH billing sheets for MILLER LAW GROUP for 08/01/14-08/31/14        Page: 1
==============================================================================
Date      From => To                         Caller      Service      Cost
Time                                         Job #
==============================================================================
08/01/14  MILLER LAW GROUP      => US DISTRICT        SHERRI      WAIT        10.00
08:31     111 SUTTER ST 7TH FL     450 GOLDEN GATE 16 UNITED COOper
```

```
FLASH billing sheets for MILLER LAW GROUP for 09/01/14-09/30/14          Page: 1
===============================================================================
Date         From => To                      Caller      Service      Cost
Time                                         Job #
===============================================================================
09/04/14 MILLER LAW GROUP    => US DISTRICT        SHERI      WAIT        9.00
08:42    111 SUTTER ST 7TH FL    450 GOLDEN GATE 16 UNITED COOPER


09/22/14 MILLER LAW GROUP    => US DISTRICT        CHERIE     WAIT       12.00
08:37    111 SUTTER ST 7TH FL    450 GOLDEN GATE 16 UNITED/cooper
```

# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-882-50824 | Dec 19, 2014 | | 7 of 11 |

Dropped off: Dec 05, 2014
Payor: Shipper

Cust. Ref: United/Cooper
Ref.#3:

Ref.#2:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 6.00% to this shipment.
- A future delivery was requested.
- Distance Based Pricing, Zone 2
- Shipment delivered to address other than recipient's.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 772113327451 | Farshid Arjam | Hon. Jacqueline Scott Corley |
| Service Type | FedEx Priority Overnight | Miller Law Group | USDC Northern District |
| Package Type | FedEx Envelope | 111 Sutter Street | 450 Golden Gate Avenue |
| Zone | 02 | SAN FRANCISCO CA 94104 US | SAN FRANCISCO CA 94102 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 20.50 |
| Delivered | Dec 08, 2014 11:53 | Fuel Surcharge | 0.47 |
| Svc Area | A4 | Discount | -12.69 |
| Signed by | .ANNA | Adult Signature | 4.75 |
| FedEx Use | 000000000/0000186/04 | **Total Charge** USD | **$13.03** |

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-946-12845 | Feb 20, 2015 | | 6 of 12 |

**Dropped off:** Jan 22, 2015          **Cust. Ref.:** United/Cooper          **Ref.#2:**
**Payor:** Shipper                     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 4.50% to this shipment.
- Distance Based Pricing, Zone 2
- 1st attempt Jan 23, 2015 at 10:09 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 772682465460 | Farshid Arjam | Hon. Jacqueline Scott Corley | |
| Service Type | FedEx Priority Overnight | Miller Law Group | USDC Northern District | |
| Package Type | Customer Packaging | 111 Sutter Street | 450 Golden Gate Avenue | |
| Zone | 02 | SAN FRANCISCO CA 94104 US | SAN FRANCISCO CA 94102 US | |
| Packages | 1 | | | |
| Rated Weight | 6.0 lbs, 2.7 kgs | Transportation Charge | | 35.80 |
| Delivered | Jan 23, 2015 10:18 | Fuel Surcharge | | 0.62 |
| Svc Area | A4 | Discount | | -21.92 |
| Signed by | A.HELLEN | Adult Signature | | 5.00 |
| FedEx Use | 000000000/0001486/_ | **Total Charge** | USD | **$19.50** |

**Dropped off:** Jan 22, 2015          **Cust. Ref.:** United/Cooper          **Ref.#2:**
**Payor:** Shipper                     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 4.50% to this shipment.
- Distance Based Pricing, Zone 2
- 1st attempt Jan 23, 2015 at 10:09 AM.

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 772682645831 | Farshid Arjam | Hon. Jacqueline Scott Corley | |
| Service Type | FedEx Priority Overnight | Miller Law Group | USDC Northern District | |
| Package Type | FedEx Box | 111 Sutter Street | 450 Golden Gate Avenue | |
| Zone | 02 | SAN FRANCISCO CA 94104 US | SAN FRANCISCO CA 94102 US | |
| Packages | 1 | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | Transportation Charge | | 31.50 |
| Delivered | Jan 23, 2015 10:18 | Fuel Surcharge | | 0.55 |
| Svc Area | A4 | Adult Signature | | 5.00 |
| Signed by | A.HELLEN | Discount | | -19.35 |
| FedEx Use | 000000000/0001486/_ | **Total Charge** | USD | **$17.70** |

£ ① 37.20