SPENCER F. SMITH, ESQ. (SBN: 236587)
spencer@smithpatten.com
DOW W. PATTEN, ESQ. (SBN:135931)
dow@smithpatten.com
SMITH PATTEN
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for DRUCILLA COOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUCILLA COOPER, an individual<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case 3:13-cv-02870-JSC<br><br>**AMENDED NOTICE OF APPEAL** |

    Plaintiff, DRUCILLA COOPER,, through her attorneys of record herein, hereby gives notice pursuant to Rule 3 of the Federal Rules of Appellate Procedure, and hereby appeals to the United States Court of Appeals for the Ninth Circuit the following orders and judgments entered in this matter by the United States District Court for the Northern District of California:

1. ORDER by Magistrate Judge Jacqueline Scott Corley denying Discovery Letter Brief RE: RULE 30(B)(6) DEPOSITION (Dkt # 59)

2. ORDER by Magistrate Judge Jacqueline Scott Corley granting Defendant's Motion for Summary Judgment (Dkt # 83)

3. JUDGMENT Signed by Magistrate Judge Jacqueline Scott Corley (Dkt # 84)

Respectfully submitted this 1st day of April, 2015

SMITH PATTEN

/s/ Spencer F. Smith
Spencer F. Smith, Esq
Dow W. Patten, Esq
Attorneys for Plaintiff
Drucilla Cooper