SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
DAMIEN B. TROUTMAN, ESQ. (SBN: 286616)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
DRUCILLA COOPER

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUCILLA COOPER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, Inc. and Does 1 through 10,<br><br>Defendants. | Case No.: 13-CV-02870-JSC<br><br>**DECLARATION OF DOW W. PATTEN IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE TIME PURSUANT TO CIVIL L.R. 6-3** |

I, DOW W. PATTEN, declare and state as follows:

1. I am counsel of record for Plaintiff Drucilla Cooper in this matter, and have personal knowledge of the facts set forth herein; if called as a witness, I would testify competently thereto.

2. On March 24, 2015, Defendant filed its Bill of Costs in this matter. (Dkt. # 85). Plaintiff's Opposition is due today, April 7, 2015.

3. On March 31, 2015, Plaintiff attempted to meet and confer with Defendant regarding a number of disputed items, as required by Civil L.R. 54-2(b). However, the parties were unable to meet and confer because Defendant's counsel claimed that they did not have a meeting

arranged, and Plaintiff was unable to obtain a stipulation, based upon Plaintiff's counsel travel schedule.

4. Pursuant to Civil L.R. 6-3(a)(1), Plaintiff seeks a 14-day extension to permit more time for the parties to meet and confer sufficiently regarding items disputed in the Bill of Costs, and hopefully reduce or obviate the need for further motion practice in this matter.

5. Pursuant to Civil L.R. 6-3(a)(3), Plaintiff will suffer substantial harm if the Court does not change the deadline to object to Defendant's Bill of Costs, as a number of the cost items alleged therein are not permitted and/or unreasonable under case law or these Civil Local Rules and applicable case law. The extension of time permits the parties to attempt to seek partial informal resolution that will conserve judicial resources, and a declaration of Plaintiff's ability to pay such any allowable costs requires additional time, based upon Plaintiff's counsel's travel schedule.

6. Pursuant to Local Rule 6-3(a)(5), the parties stipulated to continue the Initial Pretrial Conference (Dkt. # 14), to extend the deadline to complete Court-ordered mediation twice (Dkt. # 24, 38), to extend the deadline for expert disclosures and discovery twice (Dkt. # 55, 64), and to extend the deadline for Plaintiff to file her First Amended Complaint. (Dkt. # 69). The Court *sua sponte* continued case management conferences twice. (Dkt. # 28, 40).

7. Pursuant to Civil L.R. 6-3(a)(6), this enlargement of time will have no effect on the case schedule since this Court has already granted summary judgment to Defendant and entered judgment. (Dkt. # 83-84). Additionally, this extension will cause no apparent prejudice to Defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 7, 2015

                                                                                                      */s/ Dow W. Patten*
DOW W. PATTEN
Attorney for Plaintiff
DRUCILLA COOPER

PATTEN DECL. ISO MOTION TO ENLARGE TIME                          CASE NO. 13-CV-02870-JSC