SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
DAMIEN B. TROUTMAN, ESQ. (SBN: 286616)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
DRUCILLA COOPER

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUCILLA COOPER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, Inc. and Does 1 through 10,<br><br>Defendants. | Case No.: 13-CV-02870-JSC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME PURSUANT TO CIVIL L.R. 6-3 |

The Court, having considered Plaintiff Drucilla Cooper's Motion to Enlarge Time to file her Objection to Defendant United Airlines, Inc.'s Bill of Costs, and good cause appearing, the Court finds good cause to grant Plaintiff an additional fourteen (14) days to file her Objection to Defendant's Bill of Costs. Plaintiff shall file her objection by 4/21/20153

IT IS SO ORDERED.

Dated: ~~April 7, 2015~~
    4/13/2015

*Jacqueline Scott Corley*
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

1