Tracy Thompson (CA State Bar No. 88173)
M. Michael Cole (CA State Bar No. 235538)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:         tracythompson@dwt.com
               michaelcole@dwt.com

Attorneys for Defendants UNITED AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DRUCILLA COOPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 13-cv-02870-JSC<br><br>**NOTICE OF CONSENT TO SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the Court, Defendant UNITED AIRLINES, INC. here by substitutes Tracy Thompson and M. Michael Cole of the law firm Davis Wright Tremaine LLP as counsel of record in place of Miller Law Group in the above-captioned matter.

All filings, pleadings, orders, discovery, correspondence and notices should henceforth be served upon the following:

> Tracy Thompson (CA State Bar No. 88173)
> M. Michael Cole (CA State Bar No. 235538)
> Davis Wright Tremaine LLP
> 505 Montgomery Street, Suite 800
> San Francisco, CA 94111
> Phone: (415) 276-6500
> Fax:   (415) 276-6599
> Email: tracythompson@dwt.com
>        michaelcole@dwt.com

The undersigned hereby consent to the above substitution of counsel.

DATED: June 23, 2015

UNITED AIRLINES, INC.

By:     /s/ *Vania M. Wit*
Vania M. Wit
Associate General Counsel
United Airlines, Inc.

DATED: June 23, 2015

MILLER LAW GROUP

By:     /s/ *Walter Stella*
Walter Stella
Withdrawing Attorneys for Defendant
United Airlines, Inc.

DATED: June 23, 2015

DAVIS WRIGHT TREMAINE LLP

By:     /s/ *Tracy Thompson*
Tracy Thompson
M. Michael Cole
Substituting Attorneys for Defendant
United Airlines, Inc.

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: June 23, 2015

DAVIS WRIGHT TREMAINE LLP

By:     /s/ *Tracy Thompson*
Tracy Thompson
M. Michael Cole

The above Substitution of Counsel is approved and IT IS SO ORDERED.

DATED: June 24, 2015

*[signature: Jacqueline Scott Corley]*

Honorable Jacqueline Scott Corley
United States District Court Judge

---

2
**SUBSTITUTION OF COUNSEL**
Case No. 13-cv-02870-JSC
DWT 27149471v1 0085000-000875